Form 210A (12/09)

# United States Bankruptcy Court

DISTRICT OF OREGON AT EUGENE

In re <u>PAUL MICHAEL BENNETT</u>           Case No. <u>**10-61357**</u>
      <u>BEVERLY KAY BENNETT</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>CR Evergreen, LLC</u> | <u>Roundup Funding LLC</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    CR Evergreen, LLC
    MS 550
    PO Box 91121
    Seattle, WA 98111-9221

Phone: <u>(866)670-2361</u>
Last Four Digits of Acct #: <u>1976</u>

Court Claim # (if known): <u>11</u>
Amount of Claim: $<u>24,531.89</u>
Date Claim Filed: <u>05/04/2010</u>

Phone: <u>(866)670-2361</u>
Last Four Digits of Acct #: <u>1976</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ LINH K. TRAN</u>           Date: <u>9/2/2010</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

